IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA J. ANDERSON, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 08-0712-M |
| MICHAEL J. ASTRUE, | : |
| Commissioner of | |
| Social Security, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Michael J. Astrue and against Plaintiff Sandra J. Anderson.

DONE this 4th day of June, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE